

1  PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
2  1624 Franklin Street, Suite 911
Oakland, CA 94612
3  Telephone: (510) 465-3328
Facsimile: (510) 763-8354

**The following constitutes the order of the court.**
**Signed October 12, 2016**

4  Attorneys for Debtor

5

6

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

7

UNITED STATES BANKRUPTCY COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10  **In re:**                          **Case No. 15-40871 WJL**

11  **LAVERNE MAE HAMMOCK,**             **Chapter 13**

12           **Debtor.**                 **ORDER MODIFYING CHAPTER 13 PLAN**
      _____/

13

14       The above named debtor having served a Motion to Modify Chapter 13

15  Plan on September 23, 2016, and any opposition, if received, having been

16  resolved and good cause appearing therefor;

17

18       **IT IS ORDERED** that debtor's Motion to Modify Plan filed on August

19  26, 2016, as docket #18 and attached modified plan exhibit is approved.

                        **END OF ORDER**

20

21

22

23

24

25

26

# COURT SERVICE LIST

'No physical service required'

Case: 15-40871    Doc# 23    Filed: 10/12/16    Entered: 10/13/16 10:12:37    Page 2 of 2